PROB 12C
(6/16)

Report Date: April 6, 2020

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Todd Kacy Roberts     Case Number: 0980 4:15CR06040-SMJ-1

Address of Offender:                    , Kennewick, Washington 99337

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: June 24, 2016

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) and 924(a)(2)

Original Sentence:    Prison - 51 months;         Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Ian Garriques               Date Supervision Commenced: June 7, 2019

Defense Attorney:     Alex B. Hernandez, III      Date Supervision Expires: June 6, 2022

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #20**: Defendant shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by using a controlled substance, methamphetamine, on or prior to February 25, 2020. |
| | On June 12, 2019, the offender signed his Judgement in a Criminal Case stating he understood he could not use illegal controlled substances and that he needed to report for random drug testing as directed. |
| | On February 27, 2020, the offender reported to the probation office in Richland and submitted to a random drug test. Prior to providing the sample, the offender admitted he had used methamphetamine. He stated he was contacted at a local store by an old associate who offered him the methamphetamine and he used it. The offender signed an Admission Report admitting to the illegal drug use. |

Prob12C
Re: Roberts, Steven Todd Kacy
April 6, 2020
Page 2

|   |   |   |
|---|---|---|
| 2 | | **Standard Condition # 1**: The defendant shall not commit another federal, state or local crime. |

        **Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of simple assault domestic violence on or prior to March 10, 2020, under Benton County District Court case XZ0359671.

        On June 12, 2019, the offender signed his Judgement in a Criminal Case stating he understood he could not commit any criminal acts.

        On March 10, 2020, officers with the Kennewick Police Department were dispatched to an apartment where it was alleged an assault had occurred. Officers contacted the alleged victim who stated her boyfriend, the offender, had assaulted her. According to the police report, the offender and the victim had been in a verbal argument that had turned physical. The argument started in their vehicle as they were running errands and when they arrived home, the argument escalated. It was noted the offender allegedly threw the victim's phone and at one point struck her in the throat. Officers were advised the offender had left the residence prior to their arrival. While officers were speaking with the victim, it was noted she was rubbing her throat and clearing it throughout the contact. She advised that her throat was not currently hurting but had hurt for several minutes after she was struck. A bench warrant was issued for the offender in Benton County District Court under case number XZ0359671.

        On March 10, 2020, both texts and voice mails were sent to the offender directing him to report to the probation office in Richland on March 11, 2020. The offender complied with the requests and was taken into custody on the outstanding warrant. The offender was later released pending his next court date of April 8, 2020.

        On March 12, 2020, this officer received a phone call from the victim of the offense. She discussed what had transpired between her and the offender. She stated they had been arguing in the car and upon returning home, the argument continued. It was stated that at one point the offender had a knife in his hands. It was related, as the argument continued, the offender threw the victim's phone and the victim's daughter told the offender to quit yelling at her mother. When the offender yelled back at the daughter, the victim directed the offender to quit yelling at her daughter. The victim stated at that point the offender approached her and struck her across the throat with an open hand. She explained the "open hand" meant he struck her on the throat using the area between his thumb and index finger in a punching motion. She stated, "I was standing and then I just remember hitting the floor and feeling the pain in my throat." When this occurred, the daughter called police and the offender left.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Roberts, Steven Todd Kacy**
**April 6, 2020**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  04/06/2020

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

04/06/2020
Date