PROB 12C
(6/16)

Report Date: November 23, 2020

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

N v 23, 2020

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Steven Todd Kacy Roberts | Case Number: 0980 4:15CR06040-SMJ-1 |
| Address of Offender: | Kennewick, Washington 99337 |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: June 24, 2016

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 51 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: June 7, 2019 |
| Defense Attorney: | Craig Webster | Date Supervision Expires: June 6, 2022 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 04/06/2020, and 10/22/2020.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition # 1**: The defendant shall not commit another federal, state or local crime.<br><br>**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of two counts of violation of a no contact court order on or prior to June 18, 2020, under Benton County District Court case number K20Y00164.<br><br>On June 12, 2019, the offender signed his judgement in a criminal case stating he understood he could not commit any criminal acts.<br><br>According to an incident/investigation report provided by the Kennewick Police Department, on August 11, 2020, officers were dispatched to a potential order violation. It was determined the offender had an active no contact order with an alleged victim in a pending assault case. The alleged victim was the reporting party. The alleged victim advised officers she had been in contact with the offender via telephone calls and text messages. Officers requested copies of the text messages and they were received at a later date. |

Prob12C
Re: Roberts, Steven Todd Kacy
November 23, 2020
Page 2

On October 20, 2020, a criminal complaint was filed in Benton County District Court in Kennewick, Washington, and on November 2, 2020, a notice was sent to the offender advising he was scheduled to appear in court on December 4, 2020, for an initial appearance on the criminal complaint.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/23/2020

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

11/23/2020
Date