§ PROB 12C
(6/16)

Report Date: January 11, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 11, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Todd Kacy Roberts          Case Number: 0980 4:15CR06040-SMJ-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: June 24, 2016

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:       Prison - 51 months;          Type of Supervision: Supervised Release
                         jSR - 36 months

Asst. U.S. Attorney:     Ian Garriques                Date Supervision Commenced: June 7, 2019

Defense Attorney:        Craig Webster                Date Supervision Expires: June 6, 2022

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 04/06/2020, 10/22/2020 and 11/23/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

8                   **Standard Condition # 1**: The defendant shall not commit another federal, state or local crime.

                    **Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of misdemeanor possession of methamphetamine, on or prior to December 29, 2020.

                    On June 12, 2019, the offender signed his judgement in a criminal case stating he understood he could not commit any criminal acts.

                    On December 29, 2020, the offender was contacted by a trooper with the Oregon State Police after calls were received of an individual lying along the side of Interstate 84 by Hood River, Oregon. The offender was contacted by the trooper and a small bag of suspected methamphetamine was located in the offender's pocket. The offender's actions were concerning to the trooper so he requested medical assistance. The offender was taken to Hood River Memorial Hospital where he was examined by medical staff and later released. The offender was provided with a citation for misdemeanor possession of methamphetamine under case number SP20359856, in Hood River County Circuit Court.

Prob12C
Re: Roberts, Steven Todd Kacy
January 11, 2021
Page 2

On December 31, 2020, contact was made with the offender regarding his whereabouts between December 24 and 29, 2020. The offender stated he had been contacted by a female associate prior to December 24, 2020, who invited him over. The offender stated he made contact with the female associate, relapsed by using methamphetamine, and then blacked out. The offender stated the next thing he remembers is waking up in Hood River, Oregon, being contacted by a law enforcement officer. The offender stated he was cited for being in possession of methamphetamine and was taken to a hospital. The offender stayed in Hood River after being released from the hospital as his vehicle was towed. He returned home to Kennewick on December 31, 2020.

9     **Special Condition # 20**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by failing to report for random drug testing on December 24, 2020.

On June 12, 2019, the offender signed his judgement in a criminal case stating he understood he needed to report as directed for random drug testing.

On December 17, 2020, the offender acknowledged he understood he was to call Merit in Kennewick, Monday through Friday and report for random drug testing when the color Brown was noted.

On December 24, 2020, the color Brown was noted for random drug testing. The offender did not report.

On December 31, 2020, the offender admitted he had been using methamphetamine and did not call or report for random drug testing on December 24, 2020.

10     **Standard Condition #10:** The defendant must not knowingly leave the federal judicial district where he or she is authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by leaving the Eastern District of Washington on or prior to December 29, 2020.

On June 12, 2019, the offender signed his judgement in a criminal case stating he understood he was not to leave the Eastern District of Washington without prior approval.

As noted within violation number 8, the offender was contacted by the Oregon State Police along Interstate 84 near Hood River, Oregon. The offender confirmed he had been in Hood River, Oregon, for several days after using methamphetamine and blacking out. After being released from the Hood River Memorial Hospital, the offender contacted family members to obtain money. The offender admitted to this officer on December 31, 2020, that he had

Prob12C
Re: Roberts, Steven Todd Kacy
January 11, 2021
Page 3

obtained a room at a hotel in Hood River, Oregon, while he tried to figure out how to get home.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 11, 2021

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

01/11/2021
Date