PROB 12C
(6/16)

Report Date: April 2, 2021

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 02, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Steven Todd Kacy Roberts | Case Number: 0980 4:15CR06040-SMJ-1 |
| Address of Offender: , Kennewick, Washington 99337 | |
| Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge | |
| Date of Original Sentence: June 24, 2016 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: Prison - 51 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: 2/25/2021 Prison- 33 days; TSR- 34 months, 27 days | |
| Asst. U.S. Attorney: Ian Garriques | Date Supervision Commenced: March 24, 2021 |
| Defense Attorney: Craig Webster | Date Supervision Expires: February 18, 2023 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #21**: Defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by being removed from inpatient chemical dependancy treatment on or prior to March 31, 2021. |
| | On February 19, 2021, the offender was sentenced to 8 months custody, which could be suspended if he entered into inpatient chemical dependancy treatment. The offender was able to obtain a bed date with Spokane Addiction Recovery Centers, (SPARC) on March 24, 2021, in Spokane, Washington. The offender was released early from his 8-month sentence after serving 33 days to attend treatment. |

Prob12C
**Re: Roberts, Steven Todd Kacy**
**April 2, 2021**
**Page 2**

On March 29, 2021, phone contact was made with the offender at SPARC to verify his treatment. The offender noted he was going to look into moving to Spokane after his release. He was directed to contact this officer upon completion of treatment.

On March 31, 2021, the offender's counselor at SPARC left a voice mail stating the offender had been removed from treatment due to drug use while in the facility. Contact was made with SPARC and it was confirmed the offender had been removed form services due to his using suboxone. A discharge summary was received on April 1, 2021, stating the offender advised staff he had not been honest about his drug use and admitted he had started snorting suboxone while at the Benton County Jail to assist him in sleeping. The offender further advised he now did not have any more suboxone and he was having withdrawals. Staff noted the offender was pale, sweating and fidgeting. The offender was advised he would have to wait over the weekend before withdrawal management medication could be administered.

The following Monday, staff noticed the offender was not having any issues or asking for further assistance. A random urinalysis test was administered, which returned a presumptive positive result for suboxone. When confronted with the result, the offender admitted he had been using suboxone which he had brought into the facility from the Benton County Jail. The offender had not advised staff at SPARC when he arrived that he had any controlled substances with him. He was removed from treatment for bringing a controlled substance into the facility and using it.

2       **Special Condition #20**: Defendant shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by using a controlled substance, suboxone, on or prior to March 31, 2021.

On February 19, 2021, the offender was sentenced to 8 months custody, which could be suspended if he entered inpatient chemical dependancy treatment. The offender was able to obtain a bed date with Spokane Addiction Recovery Centers, (SPARC) on March 24, 2021, in Spokane, Washington. The offender was released early from his 8-month sentence after serving 33 days to attend treatment.

As noted within Violation Number 1, the offender admitted he had been snorting suboxone while at the Benton County Jail prior to entering treatment at SPARC. The offender had stated he was having withdrawal symptoms, but when staff contacted him 3 days later, he was not showing any signs of withdrawal or asking for assistance for the withdrawals. When a random drug test was conducted, it returned presumptive positive for suboxone. The offender then admitted to staff that he had brought suboxone from the Benton County Jail and was using it.

3    **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by failing to report to his supervising officer after leaving chemical dependency treatment.

On March 24, 2021, the offender entered inpatient chemical dependency treatment with SPARC in Spokane, Washington.

On March 29, 2021, phone contact was made with the offender at SPARC to verify his treatment. The offender noted he was going to look into moving to Spokane after his release. The offender was directed to contact his supervising officer upon completion of treatment.

As noted above, the offender was removed from inpatient treatment at SPARC on March 31, 2021, after bringing suboxone into the facility and using it. The offender has not attempted to contact this officer since his removal from treatment. When attempts were made to contact the offender at his cell phone number, it was found the number was no longer in service. At this time, the offender's whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/02/2021

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob12C
Re: Roberts, Steven Todd Kacy
April 2, 2021
Page 4

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

04/02/2021

Date