PROB 12C
(6/16)

Report Date: September 16, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 17, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Steven Todd Kacy Roberts | Case Number: 0980 4:15CR06040-SMJ-1 |
| Address of Offender: , Washington 99206 | |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr.,  U.S. District Judge

Date of Original Sentence: June 24, 2016

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 51 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(02/25/2021) | Prison - 33 days (originally 8 months)<br>TSR - 34 months, 27 days | |
| Asst. U.S. Attorney: | Ian Lloyd Garriques | Date Supervision Commenced: March 24, 2021 |
| Defense Attorney: | Craig Donald Webster | Date Supervision Expires: February 18, 2023 |

## PETITIONING THE COURT

To **issue a SUMMONS** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/2/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition#17**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Roberts is considered to be in violation of his term of supervised release by using a controlled substance, methamphetamine and amphetamine, on or about August 25, 2021.

On May 14, 2021, a probation officer reviewed the revocation judgment and sentence with Mr. Roberts. He stated he understood the conditions of his supervised release, which included special condition number 17.

On May 17, 2021, Mr. Roberts was referred to Pioneer Behavioral Health(PBH) for random drug testing. He was to call PBH and report when the color brown was called.

Prob12C
Re: Roberts, Steven Todd Kacy
September 16, 2021
Page 2

On August 25, 2021, Mr. Roberts called to report his urine sample tested presumptive positive per the staff at PBH. On September 2, 2021, the staff at PBH verified they sent the specimen to the laboratory for further confirmation as the test cup yielded faint lines for amphetamine and methamphetamine.

On September 15, 2021, this officer received confirmation from Abbott Laboratories that the sample provided by Mr. Roberts on August 25, 2021, was confirmed positive for methamphetamine and amphetamine. Mr. Roberts was contacted on the same date and continues to deny any use of methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a SUMMONS** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/16/2021

s/Emely Cubias

Emely Cubias
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

09/17/2021
Date