PROB 12C
(6/16)

# United States District Court

for the

## Eastern District of Washington

Report Date: January 23, 2023

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Todd Kacy Roberts          Case Number: 0980 4:15CR06040-SAB-1

Address of Offender: ███████████████          Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 24, 2016

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| Original Sentence: | Prison - 51 months; TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence: (February 19, 2021) | Prison - 8 months; TSR - 36 months |
| Asst. U.S. Attorney: | Michael Davis Murphy |
| | Date Supervision Commenced: March 24, 2021 |
| Defense Attorney: | Craig Donald Webster |
| | Date Supervision Expires: February 18, 2024 |

## PETITIONING THE COURT

To issue a summons.

On May 17, 2021, a probation officer reviewed the judgment with Mr. Roberts. He stated he understood the conditions of his supervision and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #17:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence:** Mr. Roberts is alleged to have violated the terms of his supervised release by using a controlled substance, amphetamine, on or about October 28, 2022. |
| | On October 28, 2022, Mr. Roberts reported for a random urinalysis. This sample tested presumptive positive for methamphetamine and amphetamine. Mr. Roberts denied any use and the sample was sent to the lab for further confirmation. On November 28, 2022, this officer was advised by the lab that the sample was confirmed positive for amphetamine. The lab also advised methamphetamine was detected under the cutoff levels. |

Prob12C
Re: Roberts, Steven Todd Kacy
January 23, 2023
Page 2

2    **Special Condition #17:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Mr. Roberts is alleged to have violated the terms of his supervised release by failing to report for random urinalysis testing on December 15, 2022.

On December 15, 2022, Mr. Roberts was required to report for urinalysis testing based on the testing color line, and he did not show.

3    **Special Condition #17:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Mr. Roberts is alleged to have violated the terms of his supervised release by using a controlled substance, methamphetamine, on or about December 16, 2022.

During an office visit on December 21, 2022, Mr. Roberts signed an admission form admitting to the use of methamphetamine on or about December 16, 2022.

4    **Special Condition #17:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Mr. Roberts is alleged to have violated the terms of his supervised release by providing a diluted urinalysis sample on December 19, 2022.

Mr. Roberts submitted a make-up urinalysis on December 19, 2022. The test was initially presumptive positive; however, the sample returned from the lab negative, but dilute.

5    **Special Condition #17:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Mr. Roberts is alleged to have violated the terms of his supervised release by failing to report for random urinalysis testing on December 22, 2022.

On December 22, 2022, Mr. Roberts was required to report for urinalysis testing based on the testing color line and he did not show.

6    **Special Condition #17:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Prob12C
**Re: Roberts, Steven Todd Kacy**
**January 23, 2023**
**Page 3**

| | |
|---|---|
| | **Supporting Evidence:** Mr. Roberts is alleged to have violated the terms of his supervised release by using a controlled substance, methamphetamine, on or about January 14, 2023. |
| | During an office visit on January 17, 2023, Mr. Roberts submitted to a urinalysis that yielded presumptive positive for methamphetamine. Subsequently, Mr. Roberts signed an admission form admitting to the use of methamphetamine on January 14, 2023. |
| 7 | **Standard Condition #7:** You must work full-time (at least 30-hrs a per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation office excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence:** Mr. Roberts is alleged to have violated the terms of his supervised release by failing to report his termination from employment within 72 hours on or about January 17, 2023. |
| | During an office visit on January 17, 2023, Mr. Roberts advised he had been terminated from his employment in mid-December 2022, and had failed to report the information to this officer. |
| 8 | **Special Condition #17:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence:** Mr. Roberts is alleged to have violated the terms of his supervised release by using a controlled substance, methamphetamine, on or about January 17, 2023. |
| | During an office visit on January 23, 2023, Mr. Roberts submitted to a urinalysis that yielded presumptive positive for methamphetamine and amphetamine. Subsequently, Mr. Roberts signed an admission form admitting to the use of methamphetamine on January 17, 2023. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 23, 2023

s/Emely Cubias

Emely Cubias
U.S. Probation Officer

Prob12C
Re: Roberts, Steven Todd Kacy
January 23, 2023
Page 4

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

01/24/2023
Date