PROB 12C
(6/16)

Report Date: March 8, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Todd Kacy Roberts         Case Number: 0980 4:15CR06040-SAB-1

Address of Offender:  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 24, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 51 months;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(February 19, 2021) | Prison - 8 months;<br>TSR - 36 months | | |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: | March 24, 2021 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: | February 18, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on January 23, 2023.

On May 17, 2021, a probation officer reviewed the judgment with Mr. Roberts. He stated he understood the conditions of his supervision and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #17:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances |
| | **Supporting Evidence**: Mr. Roberts is alleged to have violated the terms of his supervised release by failing to submit to urinalysis testing on February 24, 2023. |
| | On February 24, 2023, Mr. Roberts was required to report for urinalysis testing based on the testing color line and he did now report as required. |

Prob12C
Re: Roberts, Steven Todd Kacy
March 8, 2023
Page 2

| | | |
|---|---|---|
| | 10 | **Special Condition #17:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances |
| | | **Supporting Evidence:** Mr. Roberts is alleged to have violated the terms of his supervised release by using a controlled substance, methamphetamine, on or about February 26, 2023. |
| | | On March 2, 2023, Mr. Roberts self-reported using methamphetamine on February 26, 2023. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  March 8, 2023

s/Emely Cubias

Emely Cubias
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Stanley A. Bastian

Signature of Judicial Officer

3/10/2023

Date